IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEVEN RAY CASEY**  **PLAINTIFF**
**ADC #106322**

v.  Case No. 3:23-CV-00007-LPR

**BLYTHEVILLE POLICE DEPARTMENT and**
**MISSISSIPPI COUNTY SHERIFF'S DEPARTMENT**  **DEFENDANTS**

## JUDGMENT

    Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment or the underlying Order would not be taken in good faith.[1]

    IT IS SO ADJUDGED this 2nd day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).